[No. 64234-1-I.   Division One.   August 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT SOLLESVIK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00987-1, Christopher A. Washington, J., entered October 7, 2009. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Schindler and Dwyer, JJ.

[No. 65699-6-I.   Division One.   August 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS GUSWALTER PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05135-2, Theresa B. Doyle, J., entered July 6, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Ellington, J., concurred in by Appelwick and Schindler, JJ.

[No. 65950-2-I.   Division One.   August 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EDUARDO MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-01050-1, Cheryl B. Carey, J., entered August 23, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 66058-6-I.   Division One.   August 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTOINE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03011-8, Laura Gene Middaugh, J., entered September 28, 2010. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Lau, JJ.